UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| COBRA INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>-vs.- )<br>)<br>WAL-MART STORES, INC., )<br>S.G. FOOTWEAR COMPANY, and )<br>S. GOLDBERG & CO, INC., )<br>)<br>Defendants. ) | Case No. 01-7740-CIV-<br>MARRA/SELTZER |



FILED by _____ D.C.
DKTG
APR 2 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STIPULATION OF DISMISSAL

The parties hereto, through their undersigned attorneys, hereby stipulate and agree to dismiss this action in accordance with, and subject to, the terms of that certain Settlement Agreement and Mutual Releases dated ~~March~~ April 7, 2003 among the parties to this action.

Dated: April 7, 2003

_/s/ John H. Oltman_
John H. Oltman
Fla. Bar No. 108750
915 Middle River Drive Suite 415
Ft. Lauderdale, FL 33304-3585
(954) 563-4814
Attorney for Plaintiff

KOZYAK THROPIN & THROCKMORTIN, P.A.

By: _/s/ Kenneth R. Hartman_
Kenneth R. Hartman
Fla. Bar No. 664286
2800 First Union Financial Center
200 S. Biscayne Blvd.
Miami, Florida 33131
(305) 372-1800
- and -
WOLFF & SAMSON PC
Michael R. Friscia
David J. Sprong
One Boland Drive
West Orange, New Jersey 07052
Attorneys for Defendants

Based upon the foregoing, it is SO ORDERED this ____ day of _____, 2003.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

52

## SERVICE LIST WITH FAX NOS.

Kenneth R. Hartmann, Esq.
Kozyak Tropin & Throckmorton, P.A.
2800 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131
Fax: (305) 372-3508

John H. Oltman, Esq.
Oltman, Flynn & Kubler
915 Middle River Drive, #415
Ft. Lauderdale, FL 33304-3585
Fax: (954) 563-1226

David J. Sprong
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
Fax: (973) 530-2258